PEOPLE OF THE STATE OF NEW YORK ex rel. DENIS J. MAHONEY, Appellant, *v.* CHARLES F. MACLEAN et al., as Police Commissioners of the City of New York, Respondents.

*People ex rel. Mahoney* v. *MacLean*, 58 Hun, 603, appeal dismissed.
(Argued June 5, 1899; decided June 13, 1899.)

MOTION to dismiss an appeal from an order of the late General Term of the Supreme Court in the first judicial department, entered October 21, 1890, affirming, on certiorari, a determination of the respondents dismissing the relator from the police department of the city of New York.

The motion was made upon the ground that the time to appeal to the Court of Appeals expired January 24, 1891, and that no notice of appeal or undertaking was served on or before that date.

*John Whalen, Corporation Counsel,* for motion.

*Hayacinthe Ringrose* opposed.

Motion granted and appeal dismissed, with costs.